**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LUIS ENSALDO-FLORES,

Defendant - Appellant.

Nos. 14-10074
14-10075

D.C. Nos. 4:12-cr-00355-RCC
4:13-cr-01178-RCC

MEMORANDUM*

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, Chief Judge, Presiding

Submitted January 21, 2015**

Before:    CANBY, GOULD, and N.R. SMITH, Circuit Judges.

In these consolidated appeals, Luis Ensaldo-Flores appeals his guilty-plea

conviction and 37-month sentence for reentry after deportation, in violation of 8

U.S.C. § 1326, and the revocation of supervised release and consecutive four-

month sentence imposed upon revocation.  Pursuant to *Anders v. California*, 386

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S. 738 (1967), Ensaldo-Flores's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ensaldo-Flores the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on these direct appeals.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**